IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00302-RJC-DSC

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| MARCO PIMENTEL DE LA CRUZ, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 23), the Indictment, (Doc. No. 11), without prejudice, following his guilty plea to an Information filed in Case No. 3:18-cr-381.

**IT IS ORDERED** that the Government's motion, (Doc. No. 23), is **GRANTED** and the Indictment, (Doc. No. 11), is **DISMISSED** without prejudice.

Signed: December 10, 2018

Robert J. Conrad, Jr.
United States District Judge